The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAYVA CROSS,<br><br>　　　　　　Petitioner,<br><br>v.<br><br>DONALD HOLBROOK,<br><br>　　　　　　Respondent. | NO. 14-cv-1092 JLR<br><br>[~~PROPOSED~~] ORDER GRANTING JOINT MOTION FOR A 45-DAY CONTINUANCE OF DEADLINES SO THE PARTIES MAY CONFER REGARDING THE STATE COURT RECORD AS TO THE PROCEEDINGS OCCURRING ON FEBRUARY 12, 2001<br><br>**THIS IS A CAPITAL CASE** |

This Court has considered the Joint Motion for a 45-Day Continuance of Deadlines so the Parties May Confer Regarding the State Court Record as to the Proceedings Occurring on February 12, 2001, this proposed form of Order, and the pleadings and records already on file. It is therefore

ORDERED that the Joint Motion for a 45-Day Continuance of Deadlines so the Parties May Confer Regarding the State Court Record as to the Proceedings Occurring on February 12, 2001 is GRANTED. The existing deadlines for the filing of any motions for discovery, expansion of the record, and an evidentiary hearing, are continued as follows:

[PROPOSED] ORDER GRANTING JOINT MOTION FOR A 45-DAY
CONTINUANCE OF DEADLINES SO THE PARTIES MAY CONFER
REGARDING THE STATE COURT RECORD AS TO THE PROCEEDINGS
OCCURRING ON FEBRUARY 12, 2001 – 1

1925980.docx

| skellengerbender |

1301 - Fifth Avenue, Suite 3401
Seattle, Washington 98101-2605
(206) 623-6501

1. Petitioner shall file his motions for discovery, expansion of the record, and an evidentiary hearing by July 17, 2017.

2. Respondent shall file a response to Petitioner's motions by August 18, 2017.

3. Petitioner shall file any reply to Respondent's response by September 8, 2017.

DATED this 19th day of May, 2017.

JAMES L. ROBART
United States District Judge

[PROPOSED] ORDER GRANTING JOINT MOTION FOR A 45-DAY CONTINUANCE OF DEADLINES SO THE PARTIES MAY CONFER REGARDING THE STATE COURT RECORD AS TO THE PROCEEDINGS OCCURRING ON FEBRUARY 12, 2001 – 2

1925980.docx

skellengerbender

1301 - Fifth Avenue, Suite 3401
Seattle, Washington 98101-2605
(206) 623-6501