The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAYVA CROSS, <br><br> Petitioner, <br><br> v. <br><br> DONALD HOLBROOK, <br><br> Respondent. | NO. 14-cv-1092 JLR <br><br> [~~PROPOSED~~] ORDER GRANTING AGREED MOTION FOR STAY AND ABEYANCE |

THIS COURT has considered Agreed Motion for Stay and Abeyance, this proposed form of Order, and the records and pleadings already on file. It is therefore

ORDERED that Agreed Motion for Stay and Abeyance is GRANTED. This matter shall be stayed pending further proceedings in the Washington Supreme Court.

DATED this 10th day of July, 2017.

_____
JAMES L. ROBART
United States District Judge

[PROPOSED] ORDER GRANTING AGREED
MOTION FOR STAY AND ABEYANCE – 1

skellengerbender

1301 - Fifth Avenue, Suite 3401
Seattle, Washington 98101-2605
(206) 623-6501

2003271.docx