# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| DAYVA CROSS, | CASE NO. C14-1092JLR |
| Petitioner, | ORDER |
| v. | |
| DONALD HOLBROOK, | |
| Respondent. | |

Before the court is Petitioner Dayva Cross's "Status Update." (Stat. Rep. (Dkt. # 73).) Mr. Cross submits his update in part as a result of the Washington Supreme Court's recent decision in *State v. Gregory*, 427 P.3d 621, 631 (Wash. 2018). (*See* Stat. Rep. at 1.) In that decision, the Court held that Washington's death penalty is unconstitutional, as administered, and converted all death sentences in Washington State to life imprisonment. *See Gregory*, 427 P.3d at 642. Mr. Cross informs the court that, in light of *Gregory*, "counsel are currently evaluating the appropriate next steps in this matter, both in this court and in the Washington Supreme Court and will keep the court

ORDER - 1

apprised of the status." (Stat. Rep. at 2.) The court, therefore, ORDERS counsel to file a joint status report in this case every six months beginning six months from the date of this order. In addition, the court ORDERS counsel to file a joint status report within 15 days of any change in the status or procedural posture of this case of which the court should be aware.

Dated this 29th day of November, 2018.

JAMES L. ROBART
United States District Judge